Eric J. Farber (SBN: 169472)
efarber@pinnaclelawgroup.com
Kevin F. Rooney (SBN: 184096)
krooney@pinnaclelawgroup.com
Pinnacle Law Group LLP
425 California Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for Plaintiffs:   JS-6
Amaru Entertainment, Inc., and
Amaru-Awa Merchandising, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## Western Division

| | |
|---|---|
| AMARU ENTERTAINMENT, INC., a Delaware Corporation; AMARU-AWA MERCHANDISING, INC., A California corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> JAMES C & ASSOCIATES, INC., a California corporation; and JANG IM CHOI, an individual and doing business as and as the alter ego of JAMES C & ASSOCIATES, INC., et al., <br><br> Defendants. | CASE NO.  CV08-0704-FMC-MANx <br><br> **JUDGMENT** |

Plaintiffs Amaru Entertainment, Inc. and Amaru-AWA Merchandising, Inc.'s ("Plaintiffs") Application for Default Judgment ("Application") was set for hearing on September 29, 2008.  The court having read and considered all evidence in

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

Amaru v. James C & Associates, Inc., et al.
Case Number:  CV08-0704 FMC-MANx
6013.006/00068268

1                    Judgment

support of the Application and no opposition having been filed, no hearing being necessary and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiffs recover the sum of $156,600 from defendant JANG IM CHOI, an individual and doing business as and as the alter ego of JAMES C & ASSOCIATES, INC.

DATED: October 16, 2008          _____

United States District Judge

Amaru v. James C & Associates, Inc., et al.
Case Number: CV08-0704 FMC-MANx
6013.006/00068268                         2                         Judgment

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700